United States District Court
Southern District of Texas
**ENTERED**
October 10, 2025
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN DOE, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL NO.  4:25-CV-3585 |
| | § | |
| U.S. DEPARTMENT OF | § | |
| HOMELAND SECURITY, et al., | § | |
| | § | |
| Defendants. | § | |

### <u>ORDER</u>

Upon consideration of Defendants' Unopposed Motion for a Stay of Case In Light of Lapse of Appropriations (Dkt. 13), it is hereby

ORDERED that this case is STAYED. Defendants shall advise the Court when Congress has appropriated funds for the Department of Justice.  All deadlines are stayed and the October 28, 2025 Initial Conference is continued and will be reset after funds are appropriated.

SIGNED at Houston, Texas, this 10th day of October, 2025.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE